UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:10-CR-161-3 |
| | ) | (VARLAN/SHIRLEY) |
| MAIMOUNE WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This criminal case is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr., on November 10, 2011 (the "R&R") [Doc. 107]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that the Motion to Suppress Defendant Wright's Statements Regarding Pre-signed Prescriptions [Doc. 64] be denied.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court hereby adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 107] and the Motion to

Suppress Defendant Wright's Statements Regarding Pre-signed Prescriptions [Doc. 64] is hereby **DENIED**.

IT IS SO ORDERED *NUNC PRO TUNC* December 9, 2011.

                                                 s/ Thomas A. Varlan
                                                 UNITED STATES DISTRICT JUDGE